1  Amy F. Sorenson
   Nevada Bar No. 12495
2  Erica J. Stutman
   Nevada Bar No. 10794
3  Holly E. Cheong
   Nevada Bar No. 11936
4  Snell & Wilmer L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
5  Las Vegas, NV 89169
   Telephone:  (702) 784-5200
6  Facsimile:  (702) 784-5252
   Email: asorenson@swlaw.com
7          estutman@swlaw.com
           hcheong@swlaw.com
8
   *Attorneys for Wells Fargo Bank, N.A. and Federal*
9  *National Mortgage Association*

10 Leslie Bryan Hart, Esq.
   Nevada Bar No. 4932
11 Fennemore Craig, P.C.
   300 E. Second St., Suite 1510
12 Reno, NV 89501
   Telephone: (775) 788-2228
13 Facsimile: (775) 788-2229
   Email:  lhart@fclaw.com
14
15 *Attorneys for Federal Housing Finance Agency, in its*
   *capacity as Conservator of Federal National Mortgage*
16 *Association*

17 **UNITED STATES DISTRICT COURT**

18 **DISTRICT OF NEVADA**

| | |
|---|---|
| 19 WELLS FARGO BANK, N.A., a national banking association; FEDERAL NATIONAL MORTGAGE ASSOCIATION; FEDERAL HOUSING FINANCE AGENCY, in its capacity as Conservator of Federal National Mortgage Association, | Case No. 2:18-cv-01033-JCM-PAL |
| Plaintiffs, | **DEFAULT JUDGMENT AGAINST DEFENDANT JONATHAN LOREN LAKE AND ORDER FOR JUDICIAL FORECLOSURE** |
| vs. | |
| ELDORADO THIRD COMMUNITY ASSOCIATION, a Nevada non-profit corporation, JONATHAN LOREN LAKE, an individual, | |
| Defendants. | |

28

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775 785-5440

4811-9957-8740.1

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775.785.5440

Pursuant to Plaintiffs Wells Fargo Bank, N.A., Federal National Mortgage Association, and Federal Housing Finance Agency's (collectively "Plaintiffs") Complaint, Certificate of Service on Jonathan Loren Lake, Request to Enter Default against Jonathan Loren Lake, Declaration in support of Request to Enter Default, Application for Entry of Default Judgment, and Declaration to Application for Entry of Default Judgment, the Court FINDS:

Defendant Jonathan Loren Lake ("Lake") was served with process as required by law; that Defendant Lake failed to appear and plead within the time allowed by law; that the default of Defendant Lake has been duly entered; that Plaintiffs have demonstrated the truth of the allegations of the Complaint and is entitled to recover judgment as prayed therein; and that this Court has jurisdiction over the matters herein litigated.

WHEREFORE, IT IS HEREBY ORDERED that the Deed of Trust on 1933 Bluff Knoll Court, North Las Vegas, Nevada 89084, Assessor's Parcel Number 124-21-314-094 (the "Property"), dated March 27, 2010 and recorded with the Clark County Recorder's Office on March 30, 2010 as Instrument No. 201003300003306, survived the homeowners' association foreclosure sale, documented and recorded with the Clark County Recorder's Office on June 13, 2012 as Instrument No. 201206130002721, which, according to said Instrument, took place on or about June 12, 2012.

IT IS FURTHER ORDERED that the Property shall be judicially foreclosed by the Sheriff of Clark County, Nevada. In accordance therewith, the Sheriff of Clark County, Nevada, is directed to (a) sell the Property pursuant to NRS §§ 21.150 and 21.160; (b) to provide notice of the sale of the Property pursuant to NRS § 21.130(1)(c); and (c) issue a certificate of sale of the Property to the purchaser in accordance with NRS § 21.190. Plaintiffs or their successors or assigns, at their election, may participate in any judicial foreclosure of the Property by submitting a credit bid.

IT IS FURTHER ORDERED that Plaintiffs are awarded all further relief to which Plaintiffs is or may be entitled hereunder, including all expenses and costs that are incidental or necessary to accomplish a judicial foreclosure of the Property.

/ / /

Let the execution issue accordingly.

DATED: November 15, 2018.

_____
U.S. DISTRICT COURT JUDGE

4811-9957-8740.1

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775-785-5440