Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Erica J. Stutman, Esq.
Nevada Bar No. 10794
Holly E. Cheong, Esq.
Nevada Bar No. 11936
SNELL & WILMER, L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: *asorenson@swlaw.com*
*estutman@swlaw.com*
*hcheong@swlaw.com*

*Attorneys for Plaintiffs Wells Fargo Bank, N.A. and Federal National Mortgage Association*

Leslie Bryan Hart, Esq.
Nevada Bar No. 4932
Fennemore Craig, P.C.
300 E. Second St., Suite 1510
Reno, NV 89501
Telephone: (775) 788-2228
Facsimile: (775) 788-2229
Email: *lhart@fclaw.com*

*Attorneys for Plaintiff Federal Housing Finance Agency, in its capacity as conservator of Federal National Mortgage Association*

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

WELLS FARGO BANK, N.A., a national banking association; FEDERAL NATIONAL MORTGAGE ASSOCIATION; FEDERAL HOUSING FINANCE AGENCY, in its capacity as Conservator of Federal National Mortgage Association,

Plaintiffs,

v.

ELDORADO THIRD COMMUNITY ASSOCIATION, a Nevada non-profit corporation, JONATHAN LOREN LAKE, an individual,

Defendants.

Case No.: 2:18-cv-01033-JCM-PAL

**STIPULATION AND ORDER**

///

Plaintiffs, WELLS FARGO BANK, N.A., a national banking association ("Wells Fargo"), FEDERAL NATIONAL MORTGAGE ASSOCIATION, a foreign limited liability company ("Fannie Mae"), and FEDERAL HOUSING FINANCE AGENCY, in its capacity as Conservator of Fannie Mae (hereinafter collectively "Plaintiffs"), by and through their counsel of record, Holly E. Cheong, Esq. and Leslie Hart, Esq., and Defendant, ELDORADO THIRD COMMUNITY ASSOCIATION, a Nevada non-profit corporation, ("Eldorado"), by and through its counsel, Matthew L. Grode, Esq., hereby agree and stipulate as follows:

1. This matter concerns real property located at 1933 Bluff Knoll Court, North Las Vegas, Nevada 89084, Assessor's Parcel Number 124-21-314-094 (the "Subject Property").

2. Wells Fargo is the servicer on behalf of Fannie Mae, and the beneficiary of record of a mortgage loan secured by a Deed of Trust which was recorded on or about March 30, 2010, against the Subject Property.

3. Subject to the Court's entry of this proposed Stipulation and Order, Eldorado disclaims any right, title or interest in the Subject Property apart from those rights and obligations which arise from, and/or are related to, its governing documents, including the recorded Declaration of Covenants, Conditions and Restrictions. Eldorado does not oppose the entry of an Order herein and Judgment thereon by this Court which holds that the above referenced Deed of Trust remains in full force and effect as of the date of this Stipulation and Order.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Snell & Wilmer L.L.P. LAW OFFICES 3883 Howard Hughes Parkway, Suite 1100 Las Vegas, Nevada 89169 702.784.5200

4. Plaintiffs' third cause of action for quiet title/declaratory relief is dismissed with prejudice as to Eldorado only. Plaintiffs' fourth cause of action for judicial foreclosure is dismissed without prejudice as to Eldorado only. Plaintiffs shall not seek any damages, costs, fees (including attorney's fees), or judgment against Eldorado.

5. Eldorado shall comply with all statutory requirements of Nevada Revised Statute Chapter 116 and notify Wells Fargo, or the current beneficiary of record, of any notice of default and/or notice of sale it subsequently records against the Subject Property.

DATED: December 11, 2018

By: /s/ Holly E. Cheong
Holly E. Cheong, Esq.
Attorneys for Plaintiffs WELLS FARGO BANK, N.A., a National Banking Association and FEDERAL NATIONAL MORTGAGE ASSOCIATION

DATED: December 11, 2018

By: /s/ Leslie Bryan Hart
Leslie Bryan Hart, Esq.
Attorneys for Plaintiff FEDERAL HOUSING FINANCE AGENCY

DATED: December 11, 2018

By: /s/ Matthew L. Grode
Matthew L. Grode, Esq.,
Attorneys for Defendant, ELDORADO THIRD COMMUNITY ASSOCIATION, a Nevada non-profit corporation

**IT IS SO ORDERED**.

DATED: December 14, 2018

By: ______________________
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

SNELL & WILMER L.L.P.

/s/ Holly E. Cheong
Holly E. Cheong, Esq.
Nevada Bar No. 11963
3883 Howard Hughes Parkway, Suite 100
Las Vegas, NV 89169

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200