Amy F. Sorenson
Nevada Bar No. 12495
Erica J. Stutman
Nevada Bar No. 10794
Holly E. Cheong
Nevada Bar No. 11936
Snell & Wilmer L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: asorenson@swlaw.com
       estutman@swlaw.com
       hcheong@swlaw.com

*Attorneys for Wells Fargo Bank, N.A. and Federal National Mortgage Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association; FEDERAL NATIONAL MORTGAGE ASSOCIATION; FEDERAL HOUSING FINANCE AGENCY, in its capacity as Conservator of Federal National Mortgage Association,<br><br>Plaintiffs,<br><br>vs.<br><br>ELDORADO THIRD COMMUNITY ASSOCIATION, a Nevada non-profit corporation, JONATHAN LOREN LAKE, an individual,<br><br>Defendants. | Case No. 2:18-cv-01033-JCM-PAL<br><br>**AMENDED DEFAULT JUDGMENT AGAINST DEFENDANT JONATHAN LOREN LAKE AND ORDER FOR JUDICIAL FORECLOSURE** |

Pursuant to Plaintiffs Wells Fargo Bank, N.A., Federal National Mortgage Association, and Federal Housing Finance Agency's (collectively "Plaintiffs") Complaint, Certificate of Service on Jonathan Loren Lake, Request to Enter Default against Jonathan Loren Lake, Declaration in support of Request to Enter Default, Application for Entry of Default Judgment, and Declaration to Application for Entry of Default Judgment, the Court FINDS:

Defendant Jonathan Loren Lake ("Lake") was served with process as required by law; that

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775.785.5440

1  Defendant Lake failed to appear and plead within the time allowed by law; that the default of
2  Defendant Lake has been duly entered; that Plaintiffs have demonstrated the truth of the
3  allegations of the Complaint and is entitled to recover judgment as prayed therein; and that this
4  Court has jurisdiction over the matters herein litigated.

5  WHEREFORE, IT IS HEREBY ORDERED that the Deed of Trust on 1933 Bluff Knoll
6  Court, North Las Vegas, Nevada 89084, Assessor's Parcel Number 124-21-314-094 (the
7  "Property"), dated March 27, 2010 and recorded with the Clark County Recorder's Office on
8  March 30, 2010 as Instrument No. 201003300003306, survived the homeowners' association
9  foreclosure sale, documented and recorded with the Clark County Recorder's Office on June 13,
10 2012 as Instrument No. 201206130002721, which, according to said Instrument, took place on or
11 about June 12, 2012. The Property is legally described as follows:

> ALL THAT CERTAIN REAL PROPERTY SITUATED IN THE COUNTY OF CLARK, STATE OF NEVADA, DESCRIBED AS FOLLOWS:
>
> LOT 94 OF ELDORADO R1 – 60 NO. 13 TM NO. 21, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 123 OF PLATS, PAGE 42, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.
>
> EXCEPT ALL OIL, ASPHALTUM, PETROLEUM, NATURAL GAS AND OTHER HYDROCARBONS AND OTHER VALUABLE MINERAL SUBSTANCES AND PRODUCTS AND ALL OTHER MINERALS WHETHER OR NOT OF THE SAME CHARACTER HEREINABOVE GENERALLY DESCRIBED IN OR UNDER SAID LAND AND LYING AND BEING A VERTICAL DEPTH OF 500 OR MORE FEET BELOW THE PRESENT NATURAL SURFACE OF THE GROUND, BUT WITHOUT RIGHT OF ENTRY ON THE SURFACE OR WITHIN A VERTICAL DEPTH OF 500 FEET BELOW THE PRESENT NATURAL SURFACE OF THE GROUND.

24 IT IS FURTHER ORDERED that the Property shall be judicially foreclosed by the Sheriff
25 of Clark County, Nevada pursuant to NRS 40.430 *et seq*. and NRS 21.010 *et seq.* Plaintiffs or
26 their successors or assigns, at their election, may participate in any judicial foreclosure of the
27 Property by submitting a credit bid.
28

4843-3052-6892.3

IT IS FURTHER ORDERED that Plaintiffs are awarded all further relief to which Plaintiffs are or may be entitled hereunder, including all expenses and costs that are incidental or necessary to accomplish a judicial foreclosure of the Property.

IT IS FURTHER ORDERED that, as of November 15, 2018, the debt owed by Lake and secured by the Deed of Trust has an outstanding principal amount of $118,875.19, interest of $12,695.37, pre-acceleration late charges in the amount of $152.40, hazard insurance disbursements in the amount of $1,634.00, tax disbursements in the amount of $2,368.50, and property inspection/preservation (condo fees) in the amount of $2,443.07. So far as the sale proceeds are sufficient, Wells Fargo (servicer of the loan secured by the Deed of Trust) is entitled to receive solely from the sale proceeds and not directly from Lake this amount of principal, interest, fees and costs, in the total amount of $138,168.53, with said judgment to bear interest at the statutory rate until paid.

Let the execution issue accordingly.

DATED: November 26, 2019.

_____

U.S. DISTRICT COURT JUDGE

4843-3052-6892.3